IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00095-RJC-DCK

| USA, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| MIKE MONTREZ BLAKELY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 11), the Information, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 11), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: October 23, 2017

Robert J. Conrad, Jr.
United States District Judge